**94–1871.** State v. Brooks. *Summit County*, No. 16192. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. On March 21, 1996, appellant timely filed a consolidated memorandum in opposition to appellee's motion for reconsideration and motion to supplement the record. On March 29, 1996, appellant filed a document titled "Motion to Strike." It appears to the court that appellant's motion is, in substance, a response to appellee's motion to supplement the record and, as such, is untimely. Whereas, S.Ct.Prac.R. XIV(1)(C) prohibits untimely filings,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion to strike be, and hereby is, stricken.

### Tuesday, April 16, 1996
## MOTION DOCKET

**85–1616.** State v. Brooks. *Cuyahoga County*, No. 48914. On November 9, 1987, this court granted a stay of execution in this cause pending exhaustion of all proceedings for post-conviction relief before the courts of this state. On April 5, 1996, appellee filed a motion to set an execution date on the ground that all possible appeals have been exhausted. Appellant filed a motion in opposition to the motion to set an execution date, requesting that the stay of execution continue on the ground that appellant's post-conviction petition remains pending in the trial court. It appears from the records of this court that appellant has filed a petition for post-conviction relief, case No. CR–172340, that remains pending in the Court of Common Pleas of Cuyahoga County. Upon consideration thereof,

IT IS ORDERED by the court that appellee's motion to set execution date be, and hereby is, denied, effective April 15, 1996.

## MISCELLANEOUS DISMISSALS